# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20 CR 487 MTS |
| MICHAEL JOSEPH MONROE, | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendant Michael Monroe's Motion to Sever Counts One and Two from Counts Three and Four; and severing Count Five from all other Counts. Doc. [64]. Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Nannette A. Baker, who recommended that the motion be denied. No objections were filed.

As no objections were filed, I will adopt and sustain the Report and Recommendation filed by Judge Baker. I have independently reviewed her recommendation and agree there is no basis under the facts and the law to sever Counts One and Two from Counts Three and Four; and severing Count Five from all other Counts.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge, Doc. [103], is **SUSTAINED, ADOPTED**, and **INCORPORATED** herein, and Defendant Michael Monroe's Motion to Sever Counts One and Two from Counts Three and Four; and severing Count Five from all other Counts. Doc. [64] is **DENIED.**

Dated this 6th day of June, 2022

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE